**WILDE & ASSOCIATES**   Electronically Filed on _____
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-7
 09-76333 / 0073561607

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-26178-lbr |
| Susannah L. Denney | Chapter 13 |
| Debtor. | |

### REQUEST FOR SPECIAL NOTICE

TO THE CLERK, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

This request is filed pursuant to Bankruptcy Rule 2002 (g)  for the purpose of ensuring that the parties listed below receive all notices required to be mailed under Bankruptcy Rule 2002.

…..

…..

…..

…..

1. The address to which all such notices in the above-referenced proceeding should be

Sent to its attorney of record at the addresses listed below:

| | |
|---|---|
| Wells Fargo Bank, N.A.<br>One Home Campus<br>MAC#  X2302-045<br>Des Moines, IA 50328 | HSBC Bank USA, National Association<br>636 Grand Regency Blvd.<br>Brandon, FL 33509 |

DATED:    9-29-09                    

**WILDE & ASSOCIATES**

By_____/s/ Gregory L. Wilde_____

**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, NV  89107

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26