**WILDE & ASSOCIATES**　　　　　　　　　　　Electronically Filed on _____
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-7
09-76333 / 0073561607

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-26178-lbr |
| Susannah L. Denney | Chapter 13 |
| Debtor. | |

### CERTIFICATE OF SERVICE

1. On September 30, 2009, I served the following documents(s) *(specify)*:

   Request for Special Notice

   I served the above-named document(s) by the following means to the persons as listed below:

   *(Check all that apply)*

   ■ **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   Mark B. Segal, Esq. (Debtor's attorney)
   Email: marksegal@lvcoxmail.com

Rick Yarnall at ecfmail@LasVegas13.com
(Chapter 13 Trustee)

■ **b. United States mail, postage fully prepaid** *(List persons and addresses. Attach additional paper if necessary)*

| *Debtor* | *Attorney for Debtor(s)* |
|---|---|
| Susannah L. Denney | |
| 7328 Drumlin Street | Mark B. Segal, Esq. |
| Las Vegas, NV  89139 | 720 S 4th Street #301 |
| | Las Vegas, NV  89101 |

☐ c. Personal Service (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List pesons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on *(date):* 9/30/09

G. Gipson
(NAME OF DECLARANT)

▶ ___/s/ G. Gipson
(SIGNATURE OF DECLARANT)